**Copyrights-In-Suit for IP Address 50.161.74.133**

**ISP:** Comcast Cable
**Location:** Redwood City, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 10/17/2015 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 10/17/2015 |
| Puffy Nipple Lovers | PENDING | 09/28/2015 | 10/05/2015 | 10/03/2015 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 09/05/2015 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 08/09/2015 |
| Rub Me The Right Way | PA0001949366 | 06/17/2015 | 07/01/2015 | 08/04/2015 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 07/06/2015 |
| I Know You Love Me | PA0001946190 | 06/01/2015 | 06/16/2015 | 06/02/2015 |
| Angel Dust | PA0001944201 | 05/25/2015 | 05/26/2015 | 05/26/2015 |
| Do It To Me One More Time | PA0001944198 | 05/23/2015 | 05/26/2015 | 05/24/2015 |
| Little China Girl | PA0001944199 | 05/19/2015 | 05/26/2015 | 05/19/2015 |
| Back For More | PA0001928427 | 12/31/2014 | 01/19/2015 | 05/13/2015 |
| Keep On Cumming | PA0001941999 | 04/30/2015 | 05/06/2015 | 05/01/2015 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 03/30/2015 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 03/30/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 03/30/2015 |
| Twice The Fun | PA0001937381 | 03/19/2015 | 04/03/2015 | 03/30/2015 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 03/27/2015 |
| Super Nymphs | PA0001937383 | 03/26/2015 | 04/03/2015 | 03/27/2015 |
| Spread Across The Floor | PA0001937378 | 03/17/2015 | 04/03/2015 | 03/19/2015 |
| Midnight Passion | PA0001933685 | 02/20/2015 | 03/03/2015 | 03/15/2015 |

EXHIBIT B

NCA77

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| She Is On Fire | PA0001936476 | 03/11/2015 | 03/23/2015 | 03/11/2015 |
| Should Have Seen Your Face | PA0001935105 | 03/05/2015 | 03/11/2015 | 03/09/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 02/03/2015 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 01/21/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  25**