



Pro Se

# United States District Court

## Northern District of California

MALIBU MEDIA, LLC,

               Plaintiff,

vs.

JANE DOE, subscriber assigned IP address
50.161.74.133

            Defendant.

Case Number:   3:15-cv-05387-WHA

**MOTION TO QUASH SUBPOENA TO**

**COMCAST**

Date: April 29, 2016

Time: 8:00 am

Courtroom 8

Honorable William Alsup

**TABLE OF CONTENTS**

I      STATEMENT OF ISSUES

II     INTRODUCTION

III    FACTS

IV     ARGUMENT

       Good Cause Exists to Quash Subpoena

              1. Jane Doe's IP Address is not a Static Address as Claimed by Plaintiff

              2. Plaintiff's Subpoena is not Likely to Lead to Identifying Information That Will
                 Permit Service on Defendant

V      CONCLUSION

## I.   **STATEMENT OF ISSUES**

Should the court compel Comcast to disclose the subscriber's private information, when it is not reasonably likely that such disclosure is going to lead to the identity of the defendant? The answer is no. Comcast should not be disclosing this information. Here are the reasons why.

## II.   **INTRODUCTION**

Malibu Media LLC contends that defendant shared its movies using a single Internet Protocol ("IP") address over the time period January to October 2015. Thus, under Plaintiff's theory, whatever person was using the IP address at issue for file-sharing had consistent access to that IP address for at least nine months. Despite this, Plaintiff issued a subpoena to Comcast to identify the subscriber assigned to the IP address for only one single date – October 17, 2015. It is not reasonable, however, to conclude that the subscriber to which Comcast had assigned the IP address for a few days including October 17th, 2015, Jane Doe, is the Defendant, or that disclosure of her information to Malibu Media is likely to lead to the identity of Defendant.

Comcast uses dynamic IP addresses for residential wireless customers, meaning that it changes their IP addresses on a regular basis.  Jane Doe is a residential wireless subscriber, and therefore is assigned a dynamic IP address. (Plaintiff is likely aware of this, which explains its subpoena

NOTICE OF MOTION TO QUASH SUBPOENA TO COMCAST

CASE NO. 3:15-cv-05387-WHA; Page 2 of 6

tactic; had the subpoena asked Comcast to identify the single subscriber assigned the IP address for the time period from January through October, as contemplated in the Court's order (Dckt #10, 1:26-28), there would have been no responsive information, as numerous people would have been assigned the IP address over the nine month period.) Jane Doe is in the unfortunate position of having been assigned the IP address by Comcast in October. In the case where the infringement by Defendant is alleged to be "persistent", an early subpoena seeking subscriber information for a single date is not reasonable, and Jane Doe's personal information should not be disclosed to Malibu Media.

This subpoena has already required many hours of trying to get information from Comcast and preparing this motion, as well as actual costs to sign up to the Identity Guard identity theft service that Comcast directed the subscriber to and is financially interested in, even though Comcast is the one that caused this problem by assigning an IP address that was being improperly used. If the subpoena is not quashed, to avoid being improperly named in the suit, Jane Doe will surely have to give even more personal information to Plaintiff to establish that she had nothing to do with and knows nothing about the alleged movie-sharing. Finally, because of the stage at which Jane Doe is being forced to defend herself, her ability to find an attorney or get attorney's fees if she finds one, is very limited. Jane Doe respectfully requests that the Court quash the subpoena to Comcast.

## III.   FACTS

1. Jane Doe is a Comcast subscriber, and received a letter from the Comcast Legal Response Center indicating that she was identified via her assigned IP address as part of a federal lawsuit that indicated that a device assigned the listed IP address was used to infringe the Plaintiff's copyrights on a single date at a specific time (10/17/2015 17:23:25 GMT).

2. Jane Doe received information from Comcast that she has dynamic IP addresses that, by law, change every week.

3. According to the Plaintiff's Complaint: "Defendant's Internet was used to infringe 25 of Plaintiff's copyrighted movies between 01/21/2015 and 10/17/2005. *See* Exhibit A to Complaint. Defendant's internet has been used to illegally download Plaintiff's movies over the course of several months. ... The length of time which Plaintiff's investigator recorded Defendant infringing Plaintiff's movies demonstrates that the infringer was not a mere guest or passerby. It was someone with access to Defendant's internet for a long period of time, consistently." (Dkt. 9, 8:18-26.).

Plaintiff claims that one single person has had the same IP address for at least 9 months, and that Jane Doe was the alleged repeat infringer.

## IV.   ARGUMENTS

**Good Cause Exists to Quash the Motion**

1. <u>Dynamic IP address.</u> Through Comcast, Jane Doe has a dynamic IP address, not a static one. Unlike the necessarily static IP address of the Defendant whom the Plaintiff describes, residential wireless customers have dynamic IP addresses that change every week. This fact was verified through various communications with the Comcast Advanced Wireless Gateway Support Team, most recently on a phone call on Sunday, 6th March.

Exemplifying this clear technical fact, Jane Doe's dynamic IP address is now different from the one listed in the subpoena for both the private residential network and the public wifi hotspot (see Exhibits A and Exhibit C). Only businesses have a static address, as Comcast does not allow static addresses for residential wireless customers. A static address is an additional service that has a fee and which clearly appears on the Business subscriber contract. Jane Doe has a normal residential contract. With a dynamic IP address that changed weekly, she could not have been the infringer associated with the cited single IP address over many months, as alleged in the plaintiff's complaint.

2. Plaintiff's Subpoena is not Likely to Lead to Identifying Information That Will
   Permit Service on Defendant.

Even in the instance that Jane Doe's wireless network was assigned the IP address associated with the specific date and time of the single alleged copyright infringement cited in the subpoena, this in no way indicates that she was the alleged infringer.

Every Comcast router broadcasts two different wireless networks: a private residential network and a public wifi hotspot (Xfinity). The recently observed IP addresses of the public hotspot (50.141.34.191 on 03/04/2016, see Exhibit A, and 50.141.33.32 on 03/09/2016, see Exhibit B) are drawn from the same pool of IP addresses (50.*.*.*, assigned to Comcast Cable Communications Holdings, Inc, see Exhibit D) as the subpoenaed IP address (50.161.74.133). By contrast, the recently observed IP address of the private network (73.241.50.169 on 03/01/2016, see Exhibit C) is drawn from a different pool of IP addresses apparently assigned to a different entity affiliated with Comcast (73.*.*.*, assigned to Comcast IP Services, L.L.C., see Exhibit E). This strongly suggests that the subpoenaed IP address was actually assigned to the public hotspot, though only Comcast can tell for sure. Anyone with Comcast Xfinity credentials (his/her own or borrowed ones) could have accessed the internet and infringed the plaintiff's copyright using the public hotspot.

Even under the assumption that the private residential network was assigned the subpoenaed IP address, this still does not indicate that Jane Doe was the alleged infringer. The private residential network is shared among all roommates and visitors that have been granted access to the network. Furthermore, someone could have illicitly obtained the password necessary to access the residential network. Honorable Judge Otis D. Wright (Malibu Media v. John Does 1-10 (12-cv-3623)) underlines this point in one of his judgments:

"In lawsuits against Doe defendants, the plaintiff should ordinarily be allowed discovery to uncover their identities. Gillespie v. Civiletti, 629 F.2d 637, 642 (9th Cir.1980). But discovery may be denied if it is (1) clear that discovery would not uncover the identities, or (2) that the complaint would be dismissed on other grounds. Id.

NOTICE OF MOTION TO QUASH SUBPOENA TO COMCAST
CASE NO. 3:15-cv-05387-WHA; Page 5 of 6

1    Under the first condition, Malibu represents that these ISP subscriber logs will lead to

2 the individual infringers. (Mot. 5.) Assuming that is true, the subscriber may not be the

3 actual infringer. For instance, a person may be the subscriber, but his roommate is the actual

4 infringer. And the subscriber may have his home network configured to allow visitors, including

5 strangers, to access the Internet—and use BitTorrent. (…)." (Dckt 7, 4:6-14).

6

7    The reasons above further demonstrate that revealing Jane Doe's identifying information

8 to the plaintiff would not provide sufficient information to identify the alleged infringer.

9

10   **V.    CONCLUSION**

11   Given that (a) Jane Doe's internet service provider, Comcast, assigns dynamic IP

12 addresses and therefore would not have had a single IP address over multiple months, and (b) that

13 numerous people have access to that internet network, disclosure of her personal information via

14 the subpoena filed by the plaintiff would not lead to sufficient information to identify the alleged

15 infringer.  Therefore, Jane Doe respectfully requests that the Court quash the subpoena to

16 Comcast.

17

18

19

20

21                                      Respectfully submitted,

22   Date:   3/10/2016                   Signature: _____

23                                       Printed name: _____[signed]_____

24                                              Pro Se

25

26

27

28

NOTICE OF MOTION TO QUASH SUBPOENA TO COMCAST
CASE NO. 3:15-cv-05387-WHA; Page 6 of 6





# Where is Geolocation of an IP Address?

**G+1**    2.2k

ManageEngine ADManager Plus
Web based Active Directory
Management & Reporting Software

✓ Add/Edit Bulk Users
✓ Mail Box Creation
✓ Move/Delete Bulk Users

✓ Reset Password
✓ 100 Plus Reports
✓ Help Desk Delegation

Starts at $4!
FREE Download

Your public IP Address is **50.141.34.191**.
**Hide IP with VPN**

**IP Location** Finder

IP or IPv6 Address                                                    IP Lookup



**IP LOCATION**

☰

# Where is Geolocation of an IP Address?

**G+1**  2.2k



**FREE Reverse Phone Lookup**

**Search Any Number.**

✔ Get Name   ✔ Relatives
✔ Address    ✔ Pics & More!

**SEARCH NOW ›**

Geolocation for IP **50.141.33.32**.

**Hide IP with VPN**

**IP Location** Finder

IPv4, IPv6 Address or Domain Name

IP Lookup

Do you have a problem with IP location lookup? Report a problem.



## MyIP Locator.net (/)

My IP (/)    IP Lookup (/ip-lookup)    Hide My IP (/hide-my-ip)    IP Geolocation API (/ip-geolocation

# Rosetta Stone® Offer

## Start Learning a New Language. Get Your Exclusive Offer Now!

○   ○

## What Is My IP Address?

**f** (https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.myiplocator.net%2F)

🐦 (https://twitter.com/intent/tweet?text=What%20Is%20My%20IP%20Address%3F%20-%20MyIPLocator&url=https%3A%2F%2Fwww.myiplocator.net%2F)

**g+** (https://plus.google.com/share?url=https%3A%2F%2Fwww.myiplocator.net%2F)

| 73.241.50.169 | Lookup |

Exhibit D

https://whois.arin.net/rest/net/NET-50-128-0-0-1



NUMBER RESOURCES | PARTICIPATE | POLICIES | FEES & INVOICES | KNOWLEDGE | ABOUT US



## WHOIS-RWS

**Network**

| | |
|---|---|
| Net Range | 50.128.0.0 - 50.255.255.255 |
| CIDR | 50.128.0.0/9 |
| Name | CCCH3-4 |
| Handle | NET-50-128-0-0-1 |
| Parent | NET50 (NET-50-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | AS7922 |
| Organization | Comcast Cable Communications Holdings, Inc (CCCH-3) |
| Registration Date | 2010-10-21 |
| Last Updated | 2010-10-21 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-50-128-0-0-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

**RELEVANT LINKS**

> ARIN Whois/Whois-RWS Terms of Service
> Report Whois Inaccuracy
> Whois-RWS API documentation
> ARIN Technical Discussion Mailing List
> Sample stylesheet (xsl)

By using the ARIN Whois service, you are agreeing to the Whois Terms of Use
© Copyright 1997 - 2016, American Registry for Internet Numbers

# ARIN
American Registry for Internet Numbers

SEARCH Whois*RWS*
all requests subject to *terms of use*          *advanced search*

| NUMBER RESOURCES | PARTICIPATE | POLICIES | FEES & INVOICES | KNOWLEDGE | ABOUT US |




## WHOIS-RWS

**Network**

| | |
|---|---|
| Net Range | 73.0.0.0 - 73.255.255.255 |
| CIDR | 73.0.0.0/8 |
| Name | CABLE-1 |
| Handle | NET-73-0-0-0-1 |
| Parent | NET73 (NET-73-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Comcast IP Services, L.L.C. (CISL-5) |
| Registration Date | 2005-04-19 |
| Last Updated | 2013-12-19 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-73-0-0-0-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

**RELEVANT LINKS**

> ARIN Whois/Whois-RWS
  Terms of Service
> Report Whois Inaccuracy
> Whois-RWS API
  documentation
> ARIN Technical
  Discussion Mailing List
> Sample stylesheet (xsl)

By using the ARIN Whois service, you are agreeing to the *Whois Terms of Use*
© Copyright 1997 - 2016, American Registry for Internet Numbers

1

2

3

4

Pro Se

*Filed*
*RECEIVED*

MAR 10 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

              Plaintiff(s),

    vs.

JANE DOE, subscriber assigned IP address
    50.161.74.133

              Defendant.

Case Number: _3:15-cv-05387-WHA

**DECLARATION OF**

**IN SUPPORT OF MOTION TO QUASH
SUBPOENA TO COMCAST**

DECLARATION OF ▮▮▮▮▮▮▮▮

CASE NO. 3:15-cv-05387-WHA                    PAGE NO. 1 OF 3

1   In support of Defendant's Motion to Quash Subpoena to Comcast, I, ███████████

2   declare as follows:

3       1.    I am the Defendant. I am a Comcast subscriber. I submit this declaration in

4   support of the attached Motion to Quash Subpoena to Comcast. I received information from

5   Comcast that I have dynamic IP addresses that, by law, change every week. I recognize that

6   multiple individuals, both known and possibly unknown to me, have access to internet via the IP

7   addresses associated with my Comcast internet router.

8       2.    I have personal knowledge of all facts stated in this declaration, and if called to

9   testify, I could and would testify competently thereto.

10       3.    Attached hereto as Exhibit A is a copy of the internet webpage

11   (https://www.iplocation.net) identifying the IP address associated with my router via the public

12   wifi hotspot (Xfinity) service on 3/4/2016.

13       4.    Attached hereto as Exhibit B is a copy of the internet webpage

14   (https://www.iplocation.net) identifying the IP address associated with my router via the public

15   wifi hotspot (Xfinity) network on 3/9/2016.

16       5.    Attached hereto as Exhibit C is a copy of the internet webpage

17   (https://www.myiplocator.net) identifying the IP address associated with my router via the

18   private residential network on 3/1/2016.

19       6.    Attached hereto as Exhibit D is a copy of the internet webpage

20   (https://whois.arin.net/rest/net/NET-50-128-0-0-1) identifying the pool of IP addresses

21   associated with the IP address listed in the subpoena as well as the two IP addresses associated

22   with my public wifi hotspot (Xfinity) network on two different dates, as identified in exhibits A

23   and B.

24       7.    Attached hereto as Exhibit E is a copy of the internet webpage

25   (https://whois.arin.net/rest/net/NET-73-0-0-0-1) identifying the pool of IP addresses associated

26   with an IP address assigned to my private residential network, as identified in exhibit C.

27

28

DECLARATION OF ███████████

1    I declare under penalty of perjury that the foregoing is true and correct and that this

2  declaration was executed on 03/10/2016.

3

4  Date: 03/10/2016                    Signature: ____█████████████_____

5                                      By: ████████    **[signed]**

6                                      ███████████████████████

7                                      ███████████

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF █████████

CASE NO. 3:15-cv-05387-WHA                          PAGE NO. 3 OF 3

4/3/2016                              IP Location Finder - Geolocation        Exhibit A
                                                                             https://www.iplocation.net/



# Where is Geolocation of an IP Address?

G+1   2.2k

ManageEngine ADManager Plus        ✓ Add/Edit Bulk Users      ✓ Reset Password          Starts at $4!
Web based Active Directory          ✓ Mail Box Creation        ✓ 100 Plus Reports        FREE Download
Management & Reporting Software     ✓ Move/Delete Bulk Users   ✓ Help Desk Delegation

Your public IP Address is **50.141.34.191**.
**Hide IP with VPN**

**IP Location** Finder

IP or IPv6 Address                                                                        IP Lookup



☰

# Where is Geolocation of an IP Address?

**G+1** | 2.2k



ᐅ
FREE **Reverse**
**Phone Lookup**

**Search Any Number.**
✔ Get Name      ✔ Relatives
✔ Address        ✔ Pics & More!

**SEARCH NOW ›**

Geolocation for IP **50.141.33.32.**
**Hide IP with VPN**

**IP Location** Finder

IPv4, IPv6 Address or Domain Name                                    IP Lookup

Do you have a problem with IP location lookup? Report a problem.


**MyIP**
Locator.net

(/)

My IP (/)    IP Lookup (/ip-lookup)    Hide My IP (/hide-my-ip)    IP Geolocation API (/ip-geolocation

# Rosetta Stone® Offer

## Start Learning a New Language. Get Your Exclusive Offer Now!

○    ○

## What Is My IP Address?

**f** (https://www.facebook.com/sharer/sharer.php?
u=https%3A%2F%2Fwww.myiplocator.net%2F)

**🐦** (https://twitter.com/intent/tweet?text=What%20Is%20My%20IP%20Address%3F%20-
%20MyIPLocator&url=https%3A%2F%2Fwww.myiplocator.net%2F)

**8+** (https://plus.google.com/share?url=https%3A%2F%2Fwww.myiplocator.net%2F)

73.241.50.169          Lookup

Exhibit D

https://whois.arin.net/rest/net/NET-50-128-0-0-1



American Registry for Internet Numbers

SEARCH Whois*RWS*

all requests subject to *terms of use*          *advanced search*

NUMBER RESOURCES | PARTICIPATE | POLICIES | FEES & INVOICES | KNOWLEDGE | ABOUT US



## WHOIS-RWS

**Network**

| | |
|---|---|
| Net Range | 50.128.0.0 - 50.255.255.255 |
| CIDR | 50.128.0.0/9 |
| Name | CCCH3-4 |
| Handle | NET-50-128-0-0-1 |
| Parent | NET50 (NET-50-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | AS7922 |
| Organization | Comcast Cable Communications Holdings, Inc (CCCH-3) |
| Registration Date | 2010-10-21 |
| Last Updated | 2010-10-21 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-50-128-0-0-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

**RELEVANT LINKS**

> ARIN Whois/Whois-RWS Terms of Service
> Report Whois Inaccuracy
> Whois-RWS API documentation
> ARIN Technical Discussion Mailing List
> Sample stylesheet (xsl)

Contact Us   Terms of Service   Media   Site Map   Search ARIN   Privacy Statement   Accessibility   Network Abuse
By using the ARIN Whois service, you are agreeing to the *Whois Terms of Use*
© Copyright 1997 - 2016, American Registry for Internet Numbers



ARIN
American Registry for Internet Numbers

SEARCH Whois*RWS*
all requests subject to *terms of use*          *advanced search*

NUMBER RESOURCES | PARTICIPATE | POLICIES | FEES & INVOICES | KNOWLEDGE | ABOUT US



WHOIS-RWS

**Network**

| | |
|---|---|
| Net Range | 73.0.0.0 - 73.255.255.255 |
| CIDR | 73.0.0.0/8 |
| Name | CABLE-1 |
| Handle | NET-73-0-0-0-1 |
| Parent | NET73 (NET-73-0-0-0-0) |
| Net Type | Direct Allocation |
| Origin AS | |
| Organization | Comcast IP Services, L.L.C. (CISL-5) |
| Registration Date | 2005-04-19 |
| Last Updated | 2013-12-19 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-73-0-0-0-1 |
| See Also | Related POC records. |
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

**RELEVANT LINKS**

> ARIN Whois/Whois-RWS
  Terms of Service
> Report Whois Inaccuracy
> Whois-RWS API
  documentation
> ARIN Technical
  Discussion Mailing List
> Sample stylesheet (xsl)

By using the ARIN Whois service, you are agreeing to the Whois Terms of Use
© Copyright 1997 - 2016, American Registry for Internet Numbers

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE**

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5.*
*A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** Malibu Media, LLC vs. Jane Doe, subscriber assigned IP address 50.161.74.133

**Case number:** 3:15-cv-05387-WHA

**What document was served?** *(Write the full name or title of the document or document "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s): Defendant's Motion to Quash Subpoena to Comcast; Declaration of Susan Rebellon in Support of Motion to Quash Subpoena to Comcast; Proposed Order Granting Motion to Quash Subpoena to Comcast

**How was the document served?** *(Check one.)*
☑ Placed in U. S. Mail
☐ Sent by fax
☐ Hand-delivered
☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Brenna E. Erlbaum, Brian Heit

Heit Erlbaum, LLP

501-I South Reino Rd #344

Newbury Park, CA 91320

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 3/10/2016

**Who served the documents?** *(Whoever puts it into the mail, faxes, hand-delivers, or sends by delivery service should print his/her name, address and sign. You can also do this yourself.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: ▓▓▓▓▓▓▓▓▓

Printed name: ▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓

CERTIFICATE OF SERVICE [JDC TEMPLATE]     *Rev. 6/2013*

FILED
2016 MAR 10 PM 2:29
RECEIVED
MAR 10 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SUSAN Y. SOONG
NO. DIST. OF CA.

1  ▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮

3  ▮▮▮▮

4  ▮▮▮▮▮▮

5  Pro Se

6

7  ## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8

9  MALIBU MEDIA, LLC,                          )   Case Number: 3:15-cv-05387-WHA
                                               )
10                                             )   **[PROPOSED] ORDER GRANTING**
                                               )
11                 Plaintiff(s),               )   **MOTION TO QUASH SUBPOENA TO**
                                               )   **COMCAST**
12         vs.                                 )
                                               )
13  JANE DOE, subscriber assigned IP address   )
        50.161.74.133                          )
14                                             )
                                               )
15                                             )
                                               )
16                 Defendant.                  )
                                               )
17                                             )
                                               )
18  _____        )

19     Having considered the papers, and finding that good cause exists, Defendant's

20  Motion to Quash Subpoena to Comcast is GRANTED.

21     **IT IS SO ORDERED.**

22

23

24  Date: _____      _____

25                                 _____

26                                 United States District/Magistrate Judge

27

28

[PROPOSED] ORDER GRANTING MOTION, CASE NO. 3:15-cv-05387-WHA