IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA LLC, | No. C 15-05387 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.161.74.133, | **ORDER GRANTING SEALING MOTION** |
| Defendant. | |

Defendant seeks to file under seal her motion to quash and related documents, which contain her identifying information (Dkt. No. 11). This order hereby **GRANTS** defendant's motion. The unredacted motion shall be filed for the Court's eyes only. The Clerk shall please **SERVE** this order at the address provided in the unredacted motion.

**IT IS SO ORDERED.**

Dated: March 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE