United States District Court
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MALIBU MEDIA LLC,                          No. C 15-05387 WHA

11            Plaintiff,

12   v.

13   JOHN DOE SUBSCRIBER ASSIGNED IP          **ORDER TO SERVE**
     ADDRESS 50.161.74.133,                    **OPPOSITION ON DEFENDANT**
14

15            Defendant.

16   _____/

17        Plaintiff has filed an opposition to defendant's motion to quash (Dkt. No. 20).  The

18   Clerk shall please **SERVE** that plaintiff's brief and this order on defendant at the address

19   indicated on the unredacted version of defendant's motion (Dkt. No. 16).  Plaintiff's reply shall

20   be due on **APRIL 14**.

21

22        **IT IS SO ORDERED.**

23

24   Dated:   April 1, 2016.                    _____
                                                WILLIAM ALSUP
25                                              UNITED STATES DISTRICT JUDGE

26

27

28