IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Malibu Media Copyright Infringement Litigation* _____/ | No. C 15-05387 WHA<br>No. C 15-05404 WHA<br>No. C 15-05411 WHA<br><br>**ORDER RE<br>SETTLEMENT CONFERENCE** |

Counsel in each of the above-captioned actions shall please attend a conference with Magistrate Judge Sallie Kim immediately following the case management conference scheduled for May 19.

**IT IS SO ORDERED.**

Dated: May 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE